[Civil No. 499.]

GEORGE W. BRYAN, Appellant, v. COCHISE COUNTY, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.   J. D. Bethune, Judge.

James Reilly, for Appellant.

George W. Swain, for Appellee.

January 21, 1896.   Affirmed.

---

[Civil No. 454.]

ALBERT STEINFELD et al., Appellants, v. WILLIAM F. OVERTON et al., Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Pima.   J. D. Bethune, Judge.

S. M. Franklin, for Appellants.

Thomas D. Satterwhite, for Appellees.

January 22, 1896.   Reversed.

---

[Civil No. 459.]

H. S. WATTON, Appellee, v. J. J. COTTRELL, Surviving Partner of the Firm of J. J. Cottrell & Co., et al., Appellants.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa.   A. C. Baker, Judge.

C. F. Ainsworth, for Appellants.

Millay & Bennett, for Appellee.

January 22, 1896.   Affirmed.